IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARILYN GROVE, Individually and as Independent Executor of the Estate of Danny Grove, Deceased,<br><br>    Plaintiff,<br><br>  vs.<br><br>UNITED STATES OF AMERICA; THE CARLE FOUNDATION; RICHLAND MEMORIAL HOSPITAL INC.; STEPHANIE GINDER, R.N.; CAROL VAN BLARICUM, R.N.; CLINICAL RADIOLOGISTS, S.C.; JEFFREY P. CULLEN, M.D.; and SHARON C. SMITH, M.D.,<br><br>    Defendants. | Case No. 21-cv-1398-JPG |

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision as to some matters and the parties having agreed to dismissal of others,

IT IS HEREBY ORDERED AND ADJUDGED that the claims of plaintiff Marilyn Grove, Individually and as Independent Executor of the Estate of Danny Grove, Deceased, against the defendant United States of America are dismissed with prejudice; and

IT IS FURTHER ORDERED AND ADJUDGED that the claims of plaintiff Marilyn Grove, Individually and as Independent Executor of the Estate of Danny Grove, Deceased, against defendants The Carle Foundation; Richland Memorial Hospital Inc.; Stephanie Ginder, R.N.; Carol Van Blaricum, R.N.; Clinical Radiologists, S.C.; Jeffrey P. Cullen, M.D.; and Sharon C. Smith, M.D. are dismissed without prejudice.

**DATED:  February 1, 2023**

                                                **MONICA A. STUMP, Clerk of Court**

                                                **s/Tina Gray, Deputy Clerk**


**Approved:**     s/ J. Phil Gilbert
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**